FILED
SEP - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MIGUEL MEJIA CAZAREZ,<br><br>    Defendant. | Criminal Case No. 08CR2947-H<br><br><u>I N F O R M A T I O N</u><br><br>Title 18 U.S.C., Sec. 111 - Assault on a Federal Officer (misdemeanor); 41 C.F.R. 102-74.390 - Impeding a Federal Officer on Property Under the Charge of the General Services Administration (misdemeanor) |

The United States Attorney charges:

<u>COUNT 1</u>

On or about November 11, 2007, within the Southern District of California, defendant MIGUEL MEJIA CAZAREZ did willfully and forcibly assault, resist, oppose, impede or interfere with a person named in Title 18, United States Code Section 1114, to wit, U.S. Customs and Border Protection, Officer Salvador Pimentel, who was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111, a misdemeanor.

//
//

## COUNT 2

On or about November 11, 2007, within the Southern District of California, defendant MIGUEL MEJIA CAZAREZ, did enter in or on federal property under the charge of the General Services Administration, and did exhibit conduct which impeded or disrupted the performance of official duties by a Government employee, to wit, U.S. Customs and Border Protection, Officer Salvador Pimentel; in violation of Title 41, Code of Federal Regulations, Section 102-74.390, a misdemeanor.

DATED: 7/3/08 .

KAREN P. HEWITT
United States Attorney

*[signature]*

FRED SHEPPARD
Assistant U.S. Attorney